**FILED**
SEP 2 3 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANGEL RODRIQUEZ, ) | |
| ) | |
| Plaintiff, ) | JUDGE KENNELLY |
| ) | **DOCKETED** |
| v. ) | Case No. 03 C 3880 |
| ) | OCT 0 6 2003 |
| JON WOODALL and CITY OF ) | |
| CHICAGO, ) | MAGISTRATE JUDGE |
| ) | SCHENKIER |
| Defendants. ) | |

NOTICE OF MOTION

TO: Kenneth N. Flaxman
200 S. Michigan Ave.
Suite 1240
Chicago, IL 60604

City of Chicago
Clerk, James J. Laski
121 N. LaSalle
Room 107
Chicago, IL 60602

Jon Woodall
3510 S. Michigan
Chicago, IL 60653

PLEASE BE ADVISED that on September 30, 2003 at 9:30 A.M., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Kennelly or whomever may be sitting in Courtroom 2103 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, and present a SUBSTITUTION OF ATTORNEYS, a copy of which is attached hereto and herewith served upon you.

_____
For Plaintiff

PROOF OF SERVICE BY MAIL

I, Scott T. Kamin, an attorney, certify that I served this notice by mailing a copy to the above named attorneys, at the above address, using the United States mail at 53 W. Jackson in Chicago, Illinois, in a properly addressed, stamped and sealed envelope on September 23, 2003.

_____
Scott T. Kamin

**FILED**

SEP 2 3 2003

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANGEL RODRIQUEZ, | ) | |
| Plaintiff, | ) ) ) | JUDGE KENNELLY **DOCKETED** |
| v. | ) ) | Case No. 03 C 3880 OCT 0 6 2003 |
| JON WOODALL and CITY OF CHICAGO, | ) ) ) | MAGISTRATE JUDGE SCHENKIER |
| Defendants. | ) | |

## SUBSTITUTION OF ATTORNEYS

ANGEL RODRIQUEZ, Plaintiff in the above captioned cause, hereby consents to the withdrawal of the Appearance of attorney KENNETH N. FLAXMAN as his attorney of record and further consents to the filing of the Appearance of attorneys SCOTT T. KAMIN and JASON M.P. KLEINBERG, with the LAW OFFICES OF SCOTT T. KAMIN, of counsel, to appear on his behalf in the above captioned cause.

_____
Angel Rodriquez

KENNETH N. FLAXMAN hereby seeks leave to withdraw the Appearance filed on behalf of Plaintiff in connection with the above captioned cause.

_____
Kenneth N. Flaxman

SCOTT T. KAMIN and JASON M.P. KLEINBERG, with the LAW OFFICES OF SCOTT T. KAMIN, of counsel, hereby seek leave to file their Appearances on behalf of Plaintiff in connection with the above captioned cause.

_____
Scott T. Kamin

_____
Jason M.P. Kleinberg

Prepared by:
Scott T. Kamin
Law Offices of Scott T. Kamin
53 W. Jackson Blvd.
Suite 1162
Chicago, IL 60604
(312) 322-0077
IL Attorney No.: 6226855